IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY W. COX                                                                                    PLAINTIFF
ADC #510505

v.                                     No: 4:24-cv-00841-JM-PSH

AUNDREA F. CULCLAGER, *et al.*                                                  DEFENDANTS

## ORDER

Pending are the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Doc. No. 5). The time to file objections expired on December 9, 2024. No objections were filed within that time. On December 17, 2024, Plaintiff wrote a letter asking for more time to file his objections so he could "gather all of [his] legal information." This generalized request for more time is denied as being too little and too late. However, the Court has made a *de novo* review of the record in this case. After careful consideration, the Proposed Findings and Recommendation are approved and adopted in all respects.

For the reasons stated herein, it is ordered that:

1. Cox's request for additional time to file objections (Doc. No. 6) is denied;

2. His complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted; and

3. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

4. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from the order adopting this recommendation would not be taken in good faith.

IT IS SO ORDERED this 18th day of December 2024.

_____
UNITED STATES DISTRICT JUDGE