IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JIMMY W. COX**                                                                                   **PLAINTIFF**
**ADC #510505**

v.                         No: 4:24-cv-00841-JM-PSH

**AUNDREA F. CULCLAGER,** *et al.*                                     **DEFENDANTS**

## JUDGMENT

Based on the order filed this date, judgment is entered dismissing this case without prejudice. The Court recommends for future jurists that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g). The Court certifies, pursuant to 28 U.S.C, § 1915(a)(3), that an in forma pauperis appeal from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ORDERED this 18th day of December 2024.

_____
UNITED STATES DISTRICT JUDGE